### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Pauline Jones−Bibbs

      Debtor(s)

Case No: 22−12594−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Letter/Objection to Debtor Pauline Jones−Bibbs receiving a
Discharge..Filed by Enoch Jerome. Dial in Information:
Dial: 877−873−8017
Access Code: 3027681#

on: 11/29/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For
connection dial in information see, Standing Order
M−20−3003

For The Court

Timothy B. McGrath
Clerk of Court

Date:  10/19/22

14 − 13
Form 167